KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
LUKE A. LISS, State Bar No. 247520
Email: lliss@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
Netflix, Inc., Reed Hastings, David B. Wells,
Theodore A. Sarandos, Leslie J. Kilgore and
Neil D. Hunt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, DAVID B. WELLS, THEODORE A. SARANDOS, LESLIE J. KILGORE and NEIL D. HUNT,<br><br>Defendants. | Case No.: 3:12-cv-00225-SC<br><br>**STIPULATION AND [PROPOSED] CONSOLIDATION ORDER** |
| **This stipulation also relates to:**<br><br>DAVIN POKOIK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, DAVID B. WELLS, THEODORE A. SARANDOS, LESLIE J. KILGORE and NEIL D. HUNT,<br><br>Defendants. | Case No.: 5:12-cv-00439-LHK |

Pursuant to Civil Local Rule 23-1(b), and Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

### CONSOLIDATION OF RELATED CASES

1. The following are related cases within the meaning of Civil Local Rule 3-12:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *City of Royal Oak Ret. Sys. v. Netflix et al.* | Case No. 3:12-cv-00225-SC | January 13, 2012 |
| *Pokoik v. Netflix, Inc., et al.* | Case No. 5:12-cv-00439-LHK | January 27, 2012 |

2. Pursuant to Federal Rule of Civil Procedure 42(a), these cases are hereby consolidated into Civil Action No. 3:12-cv-00225-SC for pretrial proceedings before this Court. The consolidated action shall be captioned: *"In re Netflix, Inc., Securities Litigation."*

3. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel.

4. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

### MASTER DOCKET AND CAPTION

5. The docket in Civil Action No. 3:12-cv-00225-SC shall constitute the Master Docket for this action.

6. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NETFLIX, INC., SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 3:12-cv-00225-SC<br><br>CONSOLIDATED CLASS ACTION |

7. The file in Civil Action No. 3:12-cv-00225-SC shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. 3:12-cv-00225-SC (*City of Royal Oak Retirement System*)").

8. The parties shall file a Notice of Related Cases pursuant to Civil Local Rule 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    (a)    place a copy of this Order in the separate file for such action;

    (b)    serve on plaintiff's counsel in the new case a copy of this Order;

    (c)    direct that this Order be served upon defendants in the new case; and

    (d)    make the appropriate entry in the Master Docket.

### LEAD PLAINTIFF'S COUNSEL

9. After the Court has designated a Lead Plaintiff, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Lead Plaintiff shall designate a law firm or firms to serve as Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding

1  pretrial procedures, discovery, and settlement negotiations. Lead Plaintiff's Counsel shall
2  manage the prosecution of this litigation to avoid duplicative or unproductive activities. Lead
3  Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on
4  behalf of plaintiffs and for dissemination of notices and orders. Lead Plaintiff's Counsel shall be
5  responsible for communications with the Court. Lead Plaintiff's Counsel shall maintain a master
6  service list of all parties and counsel.

7      10.    Defendants' counsel may rely upon agreements made with Lead Plaintiff's
8  Counsel. Such agreements shall be binding on all plaintiffs.

## PLEADINGS AND MOTIONS

10      11.    Defendants are not required to respond to the complaint in any action
11  consolidated into this action, other than a consolidated amended complaint or a complaint
12  designated as the operative complaint.

13      12.    Lead Plaintiff shall file a consolidated complaint within sixty (60) days after entry
14  of the Court's order appointing a Lead Plaintiff and designating Lead Counsel, unless otherwise
15  agreed upon by the parties. The consolidated complaint shall be the operative complaint and
16  shall supersede all complaints filed in any of the actions consolidated herein.

17      13.    Defendants shall respond to the consolidated complaint within sixty (60) days
18  after service, unless otherwise agreed upon by the parties. If defendants file any motions
19  directed at the consolidated complaint, any opposition shall be filed within sixty (60) days after
20  the filing of such motion(s) and any reply shall be filed within thirty (30) days after the filing of
21  the opposition, unless otherwise agreed upon by the parties.

## CASE MANAGMENT

23      14.    In view of defendants' statement of intention to move to dismiss this action and in
24  light of the mandatory discovery stay imposed by the PSLRA, the deadlines established in the
25  January 13, 2012 Order Setting Initial Case Management Conference and ADR Deadlines are
26  withdrawn and the initial Case Management Conference is cancelled.

| | |
|---|---|
| Dated: February 21, 2012 | Respectfully submitted,<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>By: /s/ Luke A. Liss<br>　　Luke A. Liss<br>　　lliss@wsgr.com<br><br>Attorneys for Defendants Netflix, Inc., Reed Hastings, David B. Wells, Theodore A. Sarandos, Leslie J. Kilgore and Neil D. Hunt |
| Dated: February 21, 2012 | By: /s/ Shawn A. Williams<br>　　Shawn A. Williams<br>　　shawnw@rgrdlaw.com<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>SHAWN A. WILLIAMS<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>DARREN J. ROBBINS<br>DAVID C. WALTON<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>VANOVERBEKE MICHAUD & TIMMONY, P.C.<br>MICHAEL J. VANOVERBEKE<br>THOMAS C. MICHAUD<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: (313) 578-1200<br>Facsimile: (313) 578-1201<br><br>Attorneys for Plaintiff City of Royal Oak Retirement System |

*I, Luke A. Liss, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.*

| | |
|---|---|
| Dated: February 21, 2012 | By: /s/ Lionel Z. Glancy |
| | Lionel Z. Glancy |
| | info@glancylaw.com |

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

POMERANTZ HAUDEK GROSSMAN & GROSS LLP
MARC I. GROSS
JEREMY A. LIEBERMAN
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

POMERANTZ HAUDEK GROSSMAN & GROSS LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

Attorneys for Plaintiff Davin Pokoik

I, Luke A. Liss, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with General Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: March 13, 2012

*[signature]*

Honorable Samuel Conti
United States District Judge

STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NOS.: 3:12-cv-00225-SC
AND 5:12-cv-00439-LHK

-6-